**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. ____________________

**PALANI MEADOR,**
Plaintiff,
v.
**JJS CAPITAL GROUP, LLC, a Florida limited liability company, and TITAN FUNDING, LLC, a Florida limited liability company,**
Defendants.
_____________________________________________/

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO**

**FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)(2)**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), and because the jurisdiction of this Court is based on diversity of citizenship under 28 U.S.C. § 1332(a), Plaintiff PALANI MEADOR files this disclosure statement identifying the citizenship of every individual or entity whose citizenship is attributed to the parties for purposes of determining whether complete diversity of citizenship exists.

1. **Plaintiff.** Plaintiff Palani Meador is an individual and a citizen of the State of Hawaii, where he is domiciled.

2. **Defendant JJS Capital Group, LLC.** JJS Capital Group, LLC is a Florida limited liability company, Florida Department of State Document No. L19000165551. For purposes of diversity, a limited liability company is a citizen of every state of which any of its members is a citizen. JJS's managing member is John Scelfo, who is a citizen of the State of Florida. Upon information and belief, to the extent JJS Capital Group, LLC has any member other than John Scelfo, no such member is a citizen of the State of Hawaii. The records of the Florida Department of State identify John Scelfo as managing member but do not disclose the complete

membership of JJS Capital Group, LLC, and the members of a limited liability company are not otherwise ascertainable from the public record. Plaintiff states the foregoing on the basis of the information presently available to him and reserves the right to supplement this statement following JJS's own disclosure under Rule 7.1(a)(2) or jurisdictional discovery.

3. **Defendant Titan Funding, LLC.** Titan Funding, LLC is a Florida limited liability company, Florida Department of State Document No. L14000041535, with its principal address at 2701 NW Boca Raton Boulevard, Suite 105, Boca Raton, Palm Beach County, Florida. Edward N. Piazza and John Mansour are identified in the records of the Florida Department of State as managers of Titan Funding, LLC, and each is a citizen of the State of Florida. Those records identify Piazza and Mansour as managers only. they do not designate either as a manager-member and disclose no member of Titan Funding, LLC. The membership of Titan Funding, LLC is not otherwise ascertainable from the public record. Upon information and belief, no member of Titan Funding, LLC is a citizen of the State of Hawaii. Plaintiff states the foregoing on the basis of the information presently available to him and reserves the right to supplement this statement following Titan's own disclosure under Rule 7.1(a)(2) or jurisdictional discovery.

4. **Complete Diversity.** Based on the foregoing, Plaintiff is a citizen of Hawaii; no member of either Defendant is, upon information and belief, a citizen of Hawaii; and complete diversity of citizenship therefore exists between Plaintiff and the Defendants under 28 U.S.C. § 1332(a).

5. **Supplementation.** Plaintiff will promptly file a supplemental statement if any of the required information changes or if any later event occurs that could affect this Court's

jurisdiction under 28 U.S.C. § 1332(a), as required by Federal Rule of Civil Procedure 7.1(b)(2).

Dated: August 1, 2026

Respectfully submitted,

PALANI MEADOR
Plaintiff, pro se
59-770-B Kamehameha Highway
Haleiwa, Hawaii 96712
Telephone: (808) 649-2022
Email: palani.meador@mail.com